1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
      E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff
9                                            UNITED STATES DISTRICT COURT

10                                         NORTHERN DISTRICT OF CALIFORNIA

11                                                    SAN JOSE DIVISION

12
   UNITED STATES OF AMERICA,         )       No.  CR 10-0495 JF
13                                   )
          Plaintiff,                 )
14                                   )       STIPULATION AND [PROPOSED] ORDER
      v.                             )       DOCUMENTING EXCLUSION OF TIME
15                                   )
   SHAWN HOGAN,                      )
16                                   )
          Defendant.                 )
17  _____)

18         With the agreement of the parties in open court on September 9, 2010, and with the

19  consent of the defendant Shawn Hogan ("defendant"), the Court enters this order (1) setting a

20  hearing on November 18, 2010, at 9:00 a.m.; and (2) documenting the exclusion of time under

21  the Speedy Trial Act, 18 U.S.C. § 3161, from September 9, 2010 to November 18, 2010.  The

22  Court finds and holds as follows:

23         1.     The parties appeared before the Court on September 9, 2010.  At that appearance,

24  the parties informed the Court that the government had produced some discovery to the

25  defendant, and that additional discovery (including electronic discovery) was still forthcoming.

26  Counsel for the defendant will need additional time to review the discovery that has been and

27  will be produced and to investigate the case.  Continuing the defendant's appearance until

28  November 18, 2010 will give the defense an opportunity to accomplish this objective.

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until November 18, 2010 is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 9, 2010 to November 18, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, the Court (1) sets a hearing on November 18, 2010, at 9:00 a.m.; and (2) orders that the period from September 9, 2010 to November 18, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: September 20, 2010

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: September 20, 2010

_____/s/_____
WILLIAM J. KEANE
Attorney for defendant Shawn Hogan

IT IS SO ORDERED.

DATED: September 23, 2010

_____
JEREMY FOGEL
United States District Judge

STIP. & [PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 10-0494 JF]     -2-