1  William P. Keane, Esq. (SBN 124756)
    wkeane@fbm.com
2  Paul A. Alsdorf, Esq. (SBN 241168)
    palsdorf@fbm.com
3  FARELLA BRAUN & MARTEL LLP
   Russ Building
4  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
5  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
6
   Attorneys for Defendant
7  SHAWN HOGAN

**FILED**

MAR 1 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,          Case No.  CR 10-0495 JF (PSG)

12          Plaintiff,

13     v.                              **STIPULATION AND [PROPOSED] ORDER
                                        CONTINUING HEARING ON EBAY'S
14  SHAWN HOGAN                         MOTION TO QUASH**

15          Defendant.                 Court:  The Honorable Jeremy Fogel
                                       Trial Date:   None Set
16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. CONTINUING HEARING ON MOT.
TO QUASH - Case No. CR 10-0495 JF (PSG)

25429\2532919.1

1    Pursuant to Civil Local Rules 6-2 and 7-12 and Criminal Local Rule 47-4, Defendant

2    Shawn Hogan ("Hogan") and Third Party Movant eBay Inc. ("eBay"), by and through their

3    respective counsel, hereby stipulate as follows:

4        1.    On January 25, 2011, Hogan served eBay with a Subpoena *duces tecum* authorized

5    by this Court under Fed. R. Crim. P. 17(c).

6        2.    On February 8, 2011, eBay filed a Motion to Quash Hogan's Subpoena *duces*

7    *tecum*, setting a hearing date of March 17, 2011.

8        3.    eBay and Hogan have met and conferred in an attempt to resolve their issues

9    without Court intervention, but have not yet been able to reach agreement or to finalize a list of

10    issues to bring before the Court.

11        4.    eBay and Hogan believe that further negotiation would be productive, and

12    therefore request the following modifications to the schedule in this matter:

13            a.    The hearing on eBay's Motion to Quash Hogan's Subpoena *duces tecum*,

14    currently scheduled for March 17, 2011 at 1:30 p.m., shall be moved to April 21, 2011 at 1:30

15    p.m.

16            b.    Hogan's response brief shall be due on April 11, 2011.

17            c.    eBay's reply brief, if any, shall be due on April 18, 2011.

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. COTINUING HEARING ON MOT. TO
QUASH - Case No.  CR 10-0495 JF (PSG)

- 2 -

25429\2532919.1

1    IT IS SO STIPULATED.

2        I, Paul A. Alsdorf, attest that concurrence in the filing of the above stipulation and

3    [proposed] order has been obtained from counsel for plaintiffs.

4

5    DATED:  March 9, 2011.                        FARELLA BRAUN & MARTEL LLP

6

7                                                 By:____ /s/ Paul A. Alsdorf_____

8                                                        Paul A. Alsdorf, Esq.

9                                                 Attorneys for Defendant
                                                  SHAWN HOGAN

10

     DATED:  March 9, 2011                        O'MELVENY & MYERS LLP

11

12

13                                                By:_____ /s/ Sharon M. Bunzel_____
                                                         Sharon M. Bunzel, Esq.

14                                                Attorneys for Third Party Movant
                                                  EBAY INC.

15

16                          **ORDER**

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19    Dated:  March 14        , 2011.

20

21                                               ___P. S. Grewal_____

22                                               The Honorable Paul Singh Grewal
                                                 United States Magistrate Judge

23                                               Northern District of California

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. COTINUING HEARING ON MOT. TO
QUASH - Case No.  CR 10-0495 JF (PSG)          - 3 -                    25429\2532919.1