1   William P. Keane, Esq. (SBN 124756)
        wkeane@fbm.com
2   Paul A. Alsdorf, Esq. (SBN 241168)
        palsdorf@fbm.com
3   FARELLA BRAUN & MARTEL LLP
    Russ Building
4   235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
5   Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480
6
    Attorneys for Defendant
7   SHAWN HOGAN

**FILED**

APR 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11   UNITED STATES OF AMERICA,              Case No.  CR 10-0495 JF (PSG)

12              Plaintiff,

13       v.                                 **STIPULATION AND [PROPOSED] ORDER
                                            CONTINUING HEARING ON EBAY'S
14   SHAWN HOGAN                            MOTION TO QUASH**

15              Defendant.                  Court:  The Honorable Jeremy Fogel
                                            Trial Date:   None Set
16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. CONTINUING HEARING ON MOT.
TO QUASH - Case No.  CR 10-0495 JF (PSG)

25429\2532919.1

1    Pursuant to Civil Local Rules 6-2 and 7-12 and Criminal Local Rule 47-4, Defendant

2  Shawn Hogan ("Hogan") and Third Party Movant eBay Inc. ("eBay"), by and through their

3  respective counsel, hereby stipulate as follows:

4    1.    On January 25, 2011, Hogan served eBay with a Subpoena *duces tecum* authorized

5  by this Court under Fed. R. Crim. P. 17(c).

6    2.    On February 8, 2011, eBay filed a Motion to Quash Hogan's Subpoena *duces*

7  *tecum*, with a hearing currently set for April 21, 2011.

8    3.    eBay and Hogan have met and conferred in an attempt to resolve their issues

9  without Court intervention, and have made substantial progress towards resolving their issues, but

10  have not yet been able to reach agreement or to finalize a list of issues to bring before the Court.

11    4.    eBay and Hogan believe that further negotiation would be productive, and

12  therefore request the following modifications to the schedule in this matter:

13    a.    The hearing on eBay's Motion to Quash Hogan's Subpoena *duces tecum*,

14  currently scheduled for April 21, 2011 at 1:30 p.m. shall be moved to May 19, 2001 at 1:30 p.m.

15    b.    Hogan's response brief shall be due on May 5, 2011.

16    c.    eBay's reply brief, if any, shall be due on May 12, 2011.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. COTINUING HEARING ON MOT. TO
QUASH - Case No.  CR 10-0495 JF (PSG)

- 2 -

25429\2532919.1

1    IT IS SO STIPULATED.

2    I, Paul A. Alsdorf, attest that concurrence in the filing of the above stipulation and

3    [proposed] order has been obtained from counsel for eBay.

4

5    DATED:  April 11, 2011.                    FARELLA BRAUN & MARTEL LLP

6

7                                               By:____/s/ Paul A. Alsdorf_____
                                                       Paul A. Alsdorf, Esq.
8
                                                Attorneys for Defendant
9                                               SHAWN HOGAN

10
     DATED:  April 11, 2011                     O'MELVENY & MYERS LLP
11

12
                                                By:____/s/ Sharon M. Bunzel_____
13                                                     Sharon M. Bunzel, Esq.

14                                              Attorneys for Third Party Movant
                                                EBAY INC.
15

16                            **ORDER**

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   Dated:  ___4 / 13_____, 2011.

20

21                           Paul S. Grewal

22                           The Honorable Paul Singh Grewal
                             United States Magistrate Judge
23                           Northern District of California

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. COTINUING HEARING ON MOT. TO
QUASH - Case No.  CR 10-0495 JF (PSG)          - 3 -                    25429\2532919.1