1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, CA  94111-3823
   Telephone:   (415) 984-8700
5  Facsimile:   (415) 984-8701

6  Attorneys for Third-Party Movant
   EBAY INC.

*IT IS SO ORDERED*
*Paul S. Grewal*
*Judge Paul S. Grewal*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SHAWN HOGAN,<br><br>            Defendant. | Case No.  CR 10-0495 JF (PSG)<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING FROM CALENDAR EBAY'S MOTION TO QUASH DEFENDANT SHAWN HOGAN'S SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE**<br><br>Hearing Date:   May 19, 2011<br>Time:           1:30 p.m.<br>Place:          Courtroom 5, 4th Floor<br>Judge:          Hon. Paul Singh Grewal |

1    Pursuant to Civil Local Rules 6-2 and 7-12, and Criminal Local Rule 47-4, Defendant
2    Shawn Hogan and Third-Party Movant eBay Inc., by and through their respective attorneys,
3    hereby stipulate as follows:
4    1.    On January 25, 2011, Hogan served on eBay a Subpoena *duces tecum* authorized
5    by this Court under Federal Rule of Criminal Procedure 17(c) (hereinafter "Hogan's Subpoena").
6    2.    On February 8, 2011, eBay filed a Motion to Quash Hogan's Subpoena, which was
7    set for hearing on March 17, 2011.
8    3.    On March 9, 2011, Hogan and eBay stipulated to continue the hearing on eBay's
9    Motion to Quash until April 21, 2011, and, on March 14, 2011, the Court ordered this
10   continuance.  (Docket 31.)
11   4.    On April 11, 2011, Hogan and eBay stipulated to continue the hearing on eBay's
12   Motion to Quash until May 19, 2011, and, on April 13, 2011, the Court ordered this continuance.
13   (Docket 33.)
14   5.    eBay and Hogan have met and conferred in order to resolve Hogan's Subpoena
15   and eBay's Motion to Quash without Court intervention.
16   6.    Rather than litigating Hogan's Subpoena and eBay's Motion to Quash, eBay and
17   Hogan have agreed on the production of certain documents by eBay to Hogan.  This production
18   will be pursuant to a Stipulated Protective Order, the terms of which eBay, the United States, and
19   Hogan have agreed upon.  The Stipulated Protective Order is being filed concurrently with this
20   Stipulation.
21   7.    By producing certain documents to Hogan, eBay does not waive, or intend to
22   waive, its objections to Hogan's Subpoena, as set forth in its Motion to Quash.
23   8.    eBay and Hogan have agreed that Hogan's Subpoena will be withdrawn after
24   Hogan receives the above-referenced production, thereby mooting eBay's Motion to Quash.  The
25   parties agree that the withdrawal of Hogan's Subpoena shall be filed promptly upon receipt of
26   eBay's production.  With regard to trial subpoenas for documents, nothing in this Stipulation does
27   or is intended to prevent Hogan from serving a new document trial subpoena on eBay, including
28   after seeking Court approval under Fed. R. Crim. Proc. 17, if required, although it is the parties'

1  joint intention that the current negotiations and resulting agreements and production have
2  resolved the requests in the currently pending subpoena.  eBay reserves all rights to oppose any
3  future subpoenas.
4      THEREFORE, the Parties hereby jointly request that the hearing on eBay's Motion to
5  Quash, currently scheduled for May 19, 2011, shall be taken off calendar.  Hogan's request to
6  withdraw his subpoena will follow.

7
8      Dated:   May 9, 2011        DAVID R. EBERHART
                                                SHARON M. BUNZEL
9                                                  O'MELVENY & MYERS LLP
10
11                                                 By:   */s/ Sharon M. Bunzel*
                                                        Sharon M. Bunzel
12                                                 Attorneys for Third-Party Movant
                                                eBay Inc.
13     Dated:   May 9, 2011        WILLIAM P. KEANE
                                                PAUL A. ALSDORF
14                                                 FARELLA BRAUN & MARTEL LLP
15
16                                                 By:   */s/ Paul A. Alsdorf*
17                                                         Paul A. Alsdorf
                                                Attorneys for Defendant
18                                                 Shawn Hogan
19
20 Filer's Attestation:  In compliance with General Order 45(X)(B), I hereby attest that concurrence
21 in the filing of this document has been obtained from Paul A. Alsdorf.
22     Dated: May 9, 2011        SHARON M. BUNZEL
                                                O'MELVENY & MYERS LLP
23                                                 By:   */s/ Sharon M. Bunzel*
24                                                         Sharon M. Bunzel
                                                Attorneys for Third-Party Movant
25                                                 eBay Inc.
26
27
28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED 5/10/2011

   _____
   HON. PAUL SINGH GREWAL
   UNITED STATES MAGISTRATE JUDGE