UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAWN HOGAN,<br><br>    Defendant. | No. CR 10-0495 EJD-1<br><br>[PROPOSED] ORDER RESETTING<br>TRIAL SETTING HEARING |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER RESETTING TRIAL SETTING HEARING
CR 10-0495 EJD-1

25429\2817541.1

1  FOR GOOD CAUSE APPEARING, the Court having read and considered the stipulation of the parties to reset the Trial Setting hearing currently scheduled for October 24, 2011 at 1:30 p.m. to November 7, 2011 at 1:30 p.m., finds pursuant to Title 18, United States Code, Section 3161(h)(7)(A), considering the factors set forth in Section 3161(h)(7)(B), that the ends of justice served by granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as (1) this case is so complex, due to the nature of the prosecution and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and (2) the defendant needs additional time for investigation and effective preparation, and ORDERS that the hearing be reset to November 7, 2011 at 1:30 p.m. in Courtroom 1, 5th Floor, 280 S. 1st Street, San Jose, California.

IT IS FURTHER ORDERED that the period of time from October 24, 2011, through and including November 7, 2011, be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:    October  14, 2011

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER RESETTING TRIAL SETTING HEARING
CR 10-0495 EJD-1

- 2 -

25429\2817541.1