Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 10-0495 EJD-1 |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER MODIFYING TRAVEL RESTRICTIONS** |
| v. | |
| SHAWN HOGAN, | |
| Defendant. | |

[PROPOSED] ORDER MODIFYING TRAVEL
RESTRICTIONS
CR 10-0495 EJD-1

25429\2854809.1

1   FOR GOOD CAUSE APPEARING, the Court having read and considered the stipulation
2   of the parties to Modify Pretrial Travel Restrictions, IT IS HEREBY ORDERED that the
3   conditions of Defendant Shawn Hogan's pretrial release shall be modified to permit him to travel
4   within the United States as well as to Puerto Rico without seeking advance approval from the
5   Court.

6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9

10

11  DATED:   May '3: , 2012                     _____
12                                              HONORABLE PAUL S. GREWAL
                                                UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

[PROPOSED] ORDER MODIFYING TRAVEL RESTRICTIONS
CR 10-0495 EJD-1
- 2 -
25429\2854809.1