William P. Keane, Esq. (State Bar No. 124756)
wkeane@fbm.com
Paul A. Alsdorf, Esq. (State Bar No. 241168)
palsdorf@fbm.com
Christoffer Lee, Esq. (State Bar No. 280360)
clee@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SHAWN HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN HOGAN,<br><br>Defendant. | No. CR 10-0495 EJD-1<br><br>STIPULATION AND [PROPOSED] ORDER TO WITHDRAW DEFENDANT'S MOTION TO SUPPRESS EVIDENCE<br><br>Date: September 24, 2012<br>Time: 3:00 p.m.<br>Court: Hon. Edward J. Davila<br>Courtroom 4, 5th Floor<br>San Jose Courthouse<br>280 South 1st Street<br>San Jose, CA 95113<br><br>Jury Trial Set for January 13, 2013 |

WHEREAS, Defendant Shawn Hogan filed a Motion to Suppress Evidence (the "Motion") on September 7, 2012 (Dkt. No. 60);

The United States, by and through its counsel, AUSA Matthew Lamberti, and Defendant Shawn Hogan, by and through his counsel, William P. Keane, hereby STIPULATE that

1) the Motion shall be withdrawn from the docket; and

2) the September 24, 2012 hearing date on the Motion shall be vacated; and

3) the stipulated withdrawal of the Motion is without prejudice to Defendant's ability to

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
United States v. Hogan, CR 10-0495 EJD-1

25429\3270538.1

1  file the Motion at any time in the future.

2      IT IS SO STIPULATED.

3  DATED: September 14, 2012      MELINDA HAAG
    United States Attorney

4

5      /s/ Matthew Lamberti
    MATTHEW LAMBERTI
6      Assistant United States Attorney

7      IT IS SO STIPULATED.

8  DATED: September 14, 2012      /s/ William P. Keane
    WILLIAM P. KEANE
9      Attorneys for Defendant Shawn Hogan

10

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13

14  DATED:    September 18, 2012      _____
15      HONORABLE EDWARD J. DAVILA
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
DEFENDANT'S MOTION TO SUPPRESS EVIDENCE
United States v. Hogan, CR 10-0495 EJD-1

- 2 -

25429\3270538.1