MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW A. LAMBERTI (DCBN 460339)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: Matt.Lamberti@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0495 EJD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING DATE |
| ) | FOR MOTION TO SUPPRESS |
| SHAWN D. HOGAN, ) | EVIDENCE AND MODIFYING |
| ) | BRIEFING SCHEDULE |
| Defendant. ) | |
| ) | |
| _____ ) | SAN JOSE VENUE |

     WHEREAS, the parties need to adjust the briefing schedule for the defendant's motion to suppress evidence filed in this matter on October 1, 2012, and continue the hearing date to the first day that the Court is available for such hearing,

     Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Shawn D. Hogan, by and through his counsel William P. Keane, hereby AGREE AND STIPULATE as follows:

     1. The hearing date and time for defendant's motion to suppress evidence, filed October 1, 2012, shall be moved from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m.

     2. The United States' opposition to the motion shall be due on October 16, 2012.

     3. The defendant's reply to the United States' opposition shall be due on October 23,

2012.

IT IS SO STIPULATED.

DATED: 10/4/12                                                MELINDA HAAG
United States Attorney

/s/
_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

/s/
_____
DATED: 10/4/12                                                WILLIAM P. KEANE
Attorney for Defendant

## [PROPOSED] ORDER

Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT the date for the hearing on the defendant's motion to suppress evidence in this case be continued from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m. IT IS FURTHER ORDERED that any opposition by the United States to the motion shall be due on October 16, 2012 and any reply by the defendant to that opposition shall be due on October 23, 2012.

IT IS SO ORDERED.

DATED: _____
HON. EDWARD J. DAVILA
United States District Judge