1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division

4  MATTHEW A. LAMBERTI (DCBN 460339)
   Assistant United States Attorney

5

6   150 Almaden Boulevard, Suite 900
    San Jose, California  95113
    Telephone: (408) 535-5061

7   Fax:  (408) 535-5066
    E-Mail:  Matt.Lamberti@usdoj.gov

8  Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0495 EJD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING HEARING DATE |
| | ) | FOR MOTION TO SUPPRESS |
| SHAWN D. HOGAN, | ) | EVIDENCE AND MODIFYING |
| | ) | BRIEFING SCHEDULE |
| Defendant. | ) | |
| | ) | |
| | ) | SAN JOSE VENUE |

WHEREAS, the parties need to adjust the briefing schedule for the defendant's motion to suppress evidence filed in this matter on October 1, 2012, and continue the hearing date to the first day that the Court is available for such hearing,

Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Shawn D. Hogan, by and through his counsel William P. Keane, hereby AGREE AND STIPULATE as follows:

1. The hearing date and time for defendant's motion to suppress evidence, filed October 1, 2012, shall be moved from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m.

2. The United States' opposition to the motion shall be due on October 16, 2012.

3. The defendant's reply to the United States' opposition shall be due on October 23,

1  2012.

2      IT IS SO STIPULATED.

3

4  DATED: 10/4/12                    MELINDA HAAG
                                     United States Attorney

5                                            /s/

6                                    _____
                                     MATTHEW A. LAMBERTI
                                     Assistant United States Attorney

7

8                                            /s/

9  DATED: 10/4/12                    _____
                                     WILLIAM P. KEANE
                                     Attorney for Defendant

10

11

12                      [~~PROPOSED~~] ORDER

13      Based upon the foregoing, and good cause appearing, IT IS HEREBY ORDERED THAT

14  the date for the hearing on the defendant's motion to suppress evidence in this case be continued

15  from October 15, 2012 at 3:00 p.m. to October 30, 2012 at 10:00 a.m.  IT IS FURTHER

16  ORDERED that any opposition by the United States to the motion shall be due on October 16,

17  2012 and any reply by the defendant to that opposition shall be due on October 23, 2012.

        IT IS SO ORDERED.

18

19

20  DATED:  10/5/2012                _____
                                     HON. EDWARD J. DAVILA
21                                   United States District Judge

STIPULATION AND ORDER RE HG. ON MOTION TO SUPPRESS
CR 10-0495 EJD                       2