William P. Keane, Esq. (State Bar No. 124756)
wkeane@fbm.com
Jessica K. Nall, Esq. (State Bar No. 215149)
jnall@fbm.com
Christoffer Lee, Esq. (State Bar No. 280360)
clee@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SHAWN HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN HOGAN,<br><br>Defendant. | No. CR 10-0495 EJD-1<br><br>**DECLARATION OF CHRISTOFFER LEE IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**<br><br>Date:    October 30, 2012<br>Time:    10:00 a.m.<br>Court:   Hon. Edward J. Davila<br>           Courtroom 4, 5th Floor<br>           San Jose Courthouse<br>           280 South 1st Street<br>           San Jose, CA 95113<br><br>Jury Trial Set for January 15, 2013 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF CHRISTOFFER LEE I/S/O MOTION
TO SUPPRESS EVIDENCE
United States v. Hogan, CR 10-0495 EJD-1

25429\3319398.1

I, CHRISTOFFER LEE, DECLARE AND STATE AS FOLLOWS:

1. I am an attorney duly licensed to practice in the State of California and in the district courts in the Northern District of California. All of the statements contained herein are made and based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A are true and correct copies of photographs produced by the United States, Bates numbered USA09029 through USA09030 (redacted version).

3. Attached as Exhibit B are true and correct copies of photographs included in the Declaration of Matthew Lamberti, available at Docket No. 68-3, pages 6-8.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 23rd day of October 2012, at San Francisco, California.

Christoffer Lee

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

DECLARATION OF CHRISTOFFER LEE I/S/O MOTION
TO SUPPRESS EVIDENCE
United States v. Hogan, CR 10-0495 EJD-1

- 2 -

25429\3319398.1