# EXHIBIT A



USA09029



# EXHIBIT B

Case5:10-cr-00495-EJD Document70-1 Filed10/23/12 Page4 of 7





