UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 2 mins (arrgn)
28 mins (plea)
5 mins (status)

## CRIMINAL MINUTES

Judge: Edward J. Davila
Date: December 17, 2012
Case No.: CR-10-00495 EJD
Related Case Nos.: N/A

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Irene Rodriguez
U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter: N/A

## CASE TITLE

USA v. Shawn D. Hogan (NC)(P)

## APPEARANCES

Attorney(s) for Government: David Callaway
Attorney(s) for Defendant(s): William Keane, Jessica Nall

## PROCEEDINGS

1. Arraignment on Superseding Information
2. Change of Plea Hearing
3. Further Status Hearing

## ORDER AFTER HEARING

Hearing held. The defendant was arraigned as to the Superseding Information. The defendant waived formal reading, advisement of rights and Grand Jury. The defendant entered a guilty plea as to Count One of the Superseding Information. A plea agreement was executed in open Court and filed under seal. The court deferred referral to the probation office for preparation of a presentence investigation report. The Court set a further Status Hearing re setting 1) Sentencing and 2) Evidentiary Hearing re Restitution on February 11, 2013 at 1:30 PM. The Court vacates the previously set trial schedule and pending Motion to Suppress based on the defendant's guilty plea.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled/C. Escolano
CC: J. Younger

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter