UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 2 mins

### CRIMINAL MINUTES

Judge: Edward J. Davila
Date:   February 11, 2013
Case No.: CR-10-00495 EJD
Related Case Nos.: N/A

Courtroom Deputy: Elizabeth Garcia
Court Reporter: Lee-Anne Shortridge
U.S. Probation Officer: N/A
U.S. Pretrial Services Officer: N/A
Interpreter:   N/A

### CASE TITLE

USA v.   Shawn D. Hogan (NC)(NP)

### APPEARANCES

Attorney(s) for Government: David Callaway
Attorney(s) for Defendant(s): Jessica Nall

### PROCEEDINGS

Status Conference

### ORDER AFTER HEARING

Hearing held.  The Court continued the matter to March 11, 2013 at 1:30 PM for further status re Sentencing.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: