UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 11 mins

## CRIMINAL MINUTES

**Judge: Edward J. Davila**         **Courtroom Deputy: Elizabeth Garcia**
**Date:  March 11, 2013**            **Court Reporter: Irene Rodriguez**
**Case No.: CR-10-00495 EJD**   **U.S. Probation Officer: N/A**
**Related Case No.: N/A**             **U.S. Pretrial Services Officer: N/A**
                                                          **Interpreter:   N/A**

### CASE TITLE

USA v. Shawn Hogan (NC)(NP)

### APPEARANCES

**Attorney(s) for Government**: David Callaway
**Attorney(s) for Defendant(s)**:  Jessica Nall

### PROCEEDINGS

**Status Hearing**

### ORDER AFTER HEARING

  Hearing held. The Court continued the matter to April 8, 2013 for further Status Conference re Setting Loss Amount. Time is excluded from March 11, 2013 through April 8, 2013 for effective preparation of counsel.

*Elizabeth C. Garcia*

**P/NP: Present, Not Present**                                                              **Elizabeth C. Garcia**
**C/NC: Custody, Not in Custody**                                                   **Courtroom Deputy**
**I: Interpreter**                                                                                    **Original: Efiled**
                                                                                                              **CC: O. Rivera**