MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596
   Facsimile: (408) 535-5066
   E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED — Judge Edward J. Davila*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHAWN D. HOGAN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 10-00495 EJD <br><br> STIPULATION TO CONTINUE EVIDENTIARY HEARING AS MODIFIED <br><br> Date:  July 25, 2013 <br> Time:  1:30 p.m. <br><br> Before The Hon. Edward J. Davila |

The parties stipulate as follows:

1.    The parties wish to continue the date for the evidentiary hearing from July 25 to **Thursday, September 12, 2013, at 1:30 p.m.**

2.    The basis for the requested continuance is to allow the parties to continue to meet and confer in an effort to reach a stipulated loss and restitution figure. Because of difficulties in finding a date that would work for both the parties' counsel and Mr. Hogan's experts, the earliest we could schedule a formal, in-person meeting to discuss settlement is the one currently set for the evidentiary hearing: July 25, 2013. That meeting will include Mr. Hogan's counsel, his experts, as well as counsel for the government and outside counsel for eBay. The goal is to arrive at a global resolution

**STIPULATION AND ORDER**

that resolves both the loss and restitution issues in the criminal case and also settles the currently-stayed civil case, Ebay v. Digital Point Solutions, et al., 5:08-CV-04052 EJD.

3. Similarly, the first available date when all counsel and Mr. Hogan's experts would be able to attend an evidentiary hearing – should that still prove to be necessary – is the requested date of September 12, 2013.

Respectfully submitted,

   /s/
JESSICA K. NALL, ESQ.
Counsel for Sean Hogan
DATE: June 25, 2013

MELINDA HAAG
United States Attorney

   /s/
DAVID R. CALLAWAY
Counsel for Plaintiff
DATE: June 25, 2013

## ORDER [~~proposed~~] AS MODIFIED

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the evidentiary hearing to address loss and restitution issues shall be held on **Thursday, September 12, 2013, at 1:30 p.m.,** before The Honorable Edward J. Davila, United States District Judge. The Court sets an interim Status Conference on August 19, 2013 at 1:30 PM.

DATED: 6/26/2013

_____
THE HON. EDWARD J. DAVILA
United States District Judge

**STIPULATION AND ORDER**  -2-