William P. Keane, Esq. (State Bar No. 124756)
wkeane@fbm.com
Jessica K. Nall, Esq. (State Bar No. 215149)
jnall@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SHAWN HOGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 10-0495 EJD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MOVE SENTENCING HEARING** |
| vs. | Date: March 24, 2014<br>Time: 1:30 p.m.<br>Court: Hon. Edward J. Davila |
| SHAWN HOGAN, | |
| Defendant. | |

The parties stipulate as follows:

At the request of Mr. Hogan's counsel, the undersigned parties have agreed to continue the date for Mr. Hogan's sentencing from March 10, 2014 at 1:30 p.m. to March 24, 2014 at 1:30 p.m. Mr. Hogan's counsel also understands that the proposed new date works for Ms. Karen Mar of the United States Probation Office.

Respectfully submitted,

/s/
_____
JESSICA K. NALL, ESQ.
Counsel for Sean Hogan
DATE: January 7, 2014

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO MOVE SENTENCING
HEARING CASE NO. No. CR 10-0495 EJD

25429\4019634.1

1  MELINDA HAAG
   United States Attorney
2
3  _____/s/_____
   DAVID R. CALLAWAY
4  Counsel for Plaintiff
   DATE: January 7, 2014
5

## **ORDER** [proposed]

Based upon the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing shall be held on

_____ at _____, before The Honorable Edward J. Davila, United States District Judge.

DATED:

                                                  _____
                                                  THE HON. EDWARD J. DAVILA
                                                  United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO MOVE SENTENCING
HEARING CASE NO. No. CR 10-0495 EJD    - 2 -    25429\4019634.1